AO 240 (Rev. 6/86) Application to Proc[eed]

# United States District Court

_Southern_ DISTRICT OF _Texas_

United States of America v. Silvia Leticia Perez

**APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER**

CASE NUMBER: B-01-01[7]

Case No. 1:99-CR00312-003

United States District Court
Southern District of Texas
FILED

FEB 2 0 2001

Michael N. Milby
Clerk of Court

I, _Silvia Leticia Perez_, declare that I am the (check appropriate box)

- [x] petitioner/plaintiff
- [x] movant (filing 28 U.S.C. 2255 motion)
- [ ] respondent/defendant
- [ ] _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?   Yes [ ]   No [x]

    a. If the answer is "yes," state the amount of your salary or wages per month, and, give the name and address of your employer. (list both gross and net salary)

    b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

    12/99   $280/month

2. Have you received within the past twelve months any money from any of the following sources?

    a. Business, profession or other form of self-employment?   Yes [ ]   No [x]
    b. Rent payments, interest or dividends?   Yes [ ]   No [x]
    c. Pensions, annuities or life insurance payments?   Yes [ ]   No [x]
    d. Gifts or inheritances?   Yes [ ]   No [x]
    e. Any other sources?   Yes [ ]   No [x]

United States D[istrict Court]
Southern D[istrict]
REC
FEB 2 0 [2001]