4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 20 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| SILVIA LETICIA PEREZ | * |
| VS | * C.A. NO. B-01-017 |
| UNITED STATES OF AMERICA | * (Cr. No. B-99-312-03) |

## ORDER

The Government is hereby ORDERED to respond to Petitioner's 28 U.S.C. Section 2255 Motion to Vacate, Set Aside, or Correct Sentence on or before **May 21, 2001**.

DONE at Brownsville, Texas, this 19th day of March 2001.

_____
Felix Recio
United States Magistrate Judge