8

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 5 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| SILVIA LETICIA PEREZ, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | C.A. No. B-01-017 |
| ) | CR. NO. B-99-312-03 |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

### NOTICE OF APPEAL

COMES NOW Petitioner, Silvia Leticia Perez, in pro-se, and respectfully gives notice of her claim to appeal to the United States Court of Appeals for the Fifth Circuit from the District Court's denial of Petitioner's Motion under 28 U.S.C. Sec. 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody.

Respectfully submitted,

_____
SILVIA LETICIA PEREZ
FCI Danbury, Route 37
Pembroke Station
Danbury, CT 06811

PRO-SE

## CERTIFICATE OF SERVICE

This is to certify that I have served a true and correct copy of the foregoing Notice of Appeal, upon the following address, by placing same in a sealed envelope, bearing sufficient postage for the delivery via United States Mail Service to:

>  Mark M. Dowd
>  AUSA Attorney
>  600 E. Harrison, #201
>  Brownsville, TX  78520

and deposited in the postal box provided for inmates on the grounds of the Federal Correctional Institution in Danbury, Connecticut, 06811, on this 19 day of June, 2001.

>  _____
>  SILVIA LETICIA PEREZ
>  Fed. Inmate No. 86623-079
>  FCI Danbury
>  Route 37
>  Pembroke Station
>  Danbury, CT  06811
>
>  PRO-SE

Litigation is deemed FILED at the time it was delivered to prison authorities. See <u>Houston vs. Lack</u>, 101 L.Ed. 2d 245 (1988).

-2-