UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 1 3 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| SILVIA LETICIA PEREZ | * |
| V. | * CIVIL ACTION NO. B-01-017 |
| | (CR. NO. B-99-312-03) |
| UNITED STATES OF AMERICA | * |

### O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. Silvia Leticia Perez' § 2255 Petition is hereby DENIED.

DONE at Brownsville, Texas, this ____, day of ____, 2001.

Hilda G. Tagle
United States District Judge